Hon. Cathy Seibel
United States District Court Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Virginia Blanco 79564.054
33 1/2 Pembroke Rd
Danbury, CT 06811

October 14, 2021



Re: U.S.A v. Blanco
16 Cr. 408 (CS)
Amend 28 U.S.C. § 2255

Dear Judge Seibel,

I am writing you to respectfully request that you allow me to submit more exhibits to support my 28 U.S.C. § 2255 motion.

On October 4, 2021, I submitted a Pro Se 28 U.S.C. § 2255 motion. At that time, I was not in control or in possession of the exhibits that I would like to add.

One of the grounds raised in my 28 U.S.C. § 2255 motion is perjury in violation of my sixth amendment. The Government was aware or should have been aware that Giovanni Marte's answers were intentional lies to cover up his extensive criminal history in front of the jury.

I ask the court's permission to allow me to submit these exhibits (see attached) in support of my 28 U.S.C. § 2255 motion. The exhibits show substantial proof that Giovanni Marte committed perjury when he was asked how many times he was arrested and proves AUSA Douglas Zolkind, AUSA Samuel S. Adelsberg, AUSA Jamie E. Bagliebter, Geoffrey S. Berman and FBI Special Agent Brendan Kenney were aware of this perjured testimony.

Q. You described your involvement in drug dealing, robberies, fights, shootouts, gun possession and drug smuggling. Were you ever arrested for these crimes?
A. Yes.
Q. How many times?
A. Once.
Q. What happened that time?
A. Got into a fistfight.
Q. When was that?
A. 2000, late 2014, early 2015.
Q. And what was the charge?
A. Assault
Q. What happened to those charges?
A. I plead guilty to disorderly conduct and assault.
Q. So other than that one arrest, were you ever arrested for any other activity that you described?

A. No
Doc.142, Pages 131-132.

I am aware that I am to respond to the Governments reply on or before January 19, 2022. With the court's permission, I would also like to submit supporting exhibits when I file my reply, the reason being is I have sent numerous Foil requests and I am awaiting responses.

If there are any issues with my first request, I respectfully request allowance to submit all exhibits when I submit my reply on January 19, 2022.

Respectfully Submitted,

Virginia Blanco

Criminal Repository for FBI Number: ▓▓▓▓▓ on 06\21\2016 05:23 pm          Page 1 of 5

# Repository Inquiry

To: smyths For: Douglas Zolkind Case No:2013R01769 FBI Number - ▓▓▓▓▓ - CRI

New York State Division of Criminal Justice Services
Alfred E. Smith Building, 80 South Swan St.
Albany, New York 12210. Tel:1-800-262-DCJS
Michael C.Green, Executive Deputy Commissioner of the NYS Division of Criminal Justice Services

<u>Identification</u>  <u>Summary</u>  <u>Criminal History</u>  <u>Job/License</u>  <u>Wanted</u>  <u>Missing</u>  <u>NCIC/III</u>

## ◉ Attention - Important Information

* See **Additional Information** at the bottom of this response for more banners pertaining to the criminal history
This NYSID Number ▓▓▓▓▓ was used previously and is now reassigned to this individual.
**Violent Felony** offense(s) on file

## ◉ Identification Information



Cycle 3
Arrest Date August 28, 2015

**Name:**
GOVANNY MARTE   GIOVANNY S MARTE

**Date of Birth:**
▓▓▓▓▓  ▓▓▓▓▓

**Place of Birth :**
New York     USA

**Address:**
▓▓▓▓▓
▓▓▓▓▓

| Sex: | Race: | Ethnicity: | Skin Tone: |
|---|---|---|---|
| Male | White | Hispanic | Dark |
| **Eye Color:** | **Hair Color:** | **Height:** | **Weight:** |
| Brown | Black | 5' 07" | 160 |

**SSN:**
**NYSID#:**   **FBI#:**   **NCIC Classification#:**
▓▓▓▓▓   ▓▓▓▓▓

**III Status:** Criminal record in other states or in multiple FBI files for NYS

## ◉ Summary Information

**Total Arrests: 2**   Date of Earliest Arrest: August 28, 2015   Latest Prior Arrest Date: May 23, 2016

| Total Arrests: | 2 | Total Arraigned Arrests: | 3 | Total Open Cases: | 3 | Cycles (max 5) | |
|---|---|---|---|---|---|---|---|
| Felony: | 2 | Felony: | 1 | | | | |
| Violent Felony: | 2 | Violent Felony: | 1 | Felony: | 1 | 4 | |

https://www.ejustice.ny.gov/wps/myportal/!ut/p/a1/IZFNU4MwEIZ_Sw9ekw20EI6gBel0oLbUKbl0Upp...   6/21/2016

| Firearm: | 0 | Firearm: | 0 | Violent Felony: | 1 | 4 |
|---|---|---|---|---|---|---|
| Misdemeanor: | 0 | Misdemeanor: | 0 | Misdemeanor: | 0 | |
| Other: | 0 | Other: | 0 | Other: | 0 | |
| | | | | Open ACD: | 0 | |
| | | | | Non Docketed Cases: | 1 | 4 |

| Total Convictions: | 1 | Cycles (max 5) | | Warrant Information: | | Cycles (max 5) | | DOC Classification: | | Cycles (max 5) |
|---|---|---|---|---|---|---|---|---|---|---|
| Felony: | 0 | | | Failure to Appear Counts: | 0 | | | Escape Charges: | 0 | |
| Violent Felony: | 0 | | | Total Open: | 0 | | | Sex Offender Convictions: | 0 | |
| Firearm: | 0 | | | Active NYC: | 0 | | | Probation Revoc: | 0 | |
| Misdemeanor: | 0 | | | | | | | Parole Revoc: | 0 | |
| Other: | 1 | 3 | | | | | | | | |
| YO Adjud.: | 0 | | | | | | | | | |

## ● NYS Criminal History Information

### ⬇ Cycle 4
### Violent Felony Offense

**Arrest/Charge Information**
Arrest Date: May 23, 2016 06:00 am (06:00:00)

| | |
|---|---|
| Name: | GOVANNY MARTE |
| Date of Birth: | ███████ |
| Sex: | Male |
| Race: | White |
| Ethnicity: | Hispanic |
| Height: | 5' 07" |
| Weight: | 160 |
| Age at time of crime/arrest: | 25 |
| Address: | ███████ |
| Fax Number: | B20941 |
| Place of Arrest: | NYCPD 46 |
| Arrest Type: | Unknown |
| Date of Crime: | May 23, 2016 |
| Place of Crime: | Bronx County, NY |
| Criminal Justice Tracking No.: | 67668499Z |
| Arresting Agency: | NYCPD PCT 046 |
| Arresting Officer ID: | 906818 |
| Arrest Number: | B16629480 |
| Arraignment: | Bronx County Criminal Court |

**Arrest Charges:**

-- Robbery-1st:Displays What Appears To Be A Firearm
   PL 160.15   Sub 04   Class B Felony   Degree 1   NCIC 1299

-- Robbery-1st:Forcible Theft Armed With A Deadly Weapon
   PL 160.15   Sub 02   Class B Felony   Degree 1   NCIC 1299

**No Court Reported Information**

## ⬇ Cycle 3 ⬆
## Violent Felony Offense

### Arrest/Charge Information
Arrest Date: August 28, 2015 12:00 pm (12:00:00)

| | |
|---|---|
| **Name:** | GIOVANNY S MARTE |
| **Date of Birth:** | ▮▮▮▮▮ |
| **Sex:** | Male |
| **Race:** | White |
| **Ethnicity:** | Hispanic |
| **Height:** | 5' 10" |
| **Weight:** | 175 |
| **Age at time of crime/arrest:** | 23 |
| **Address:** | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Fax Number:** | M41078 |
| **Place of Arrest:** | NYCPD 34 |
| **Arrest Type:** | Unknown |
| **Date of Crime:** | August 19, 2015 |
| **Place of Crime:** | NYCPD 34 |
| **Criminal Justice Tracking No.:** | 67291910P |
| **Arresting Agency:** | NYCPD PCT 034 |
| **Arresting Officer ID:** | 923148 |
| **Arrest Number:** | M15664563 |
| **Arraignment:** | New York County Criminal Court |

**Arrest Charges:**

-- Assault 2nd Deg:Intent To Cause Physical Injury with Weapon/Instrument
PL 120.05      Sub 02      Class D      Felony      Degree 2      NCIC 1399

### Court Case Information

--**Court:** New York County Criminal Court      **Case Number:** 2015NY055592

August 29, 2015
**Initial Report Of Docket Number**

August 29, 2015
**Arraigned**
   -- Assault 2nd Deg:Intent To Cause Physical Injury with Weapon/Instrument
   PL 120.05      Sub 02      Class D      Felony      NCIC 1399

December 08, 2015
**Convicted Upon Plea Of Guilty** - Conviction Date: December 08, 2015

   -- Disorderly Conduct
   PL 240.20                     Violation                NCIC 5311

   **In Full Satisfaction of:**

-- Assault 3rd Degree: With Intent To Cause Physical Injury
  PL 120.00   Sub01   Class A   Misdemeanor   NCIC 1399

**Reduced From:**
  -- Assault 2nd Deg:Intent To Cause Physical Injury with Weapon/Instrument
  PL 120.05           Sub02   Class D   Felony   NCIC 1399

**Sentenced to:** Conditional discharge Order of Protection
**Sentence Date:** December 08, 2015

**Interim release Status:** Released on own recognizance (ROR)

### ⬇ Cycle 2 ⬆

**No Arrest Reported**

**Court Case Information**

--**Court:** New York County Criminal Court   **Case Number:** 2015NY006017

  February 10, 2015
  **Initial Report Of Docket Number**

### Cycle 1 ⬆

**No Arrest Reported**

**Court Case Information**

--**Court:** New York County Criminal Court   **Case Number:** 2015NY005672

  February 04, 2015
  **Initial Report Of Docket Number**

### ● Other History Related Information
There is no Other History Related Information associated with this history.

### ● Job/License Information
There is no Job/License Information associated with this history.

### ● Wanted Information
There is no NYS Wanted Information associated with this history.

### ● Missing Person Information
There is no NYS Missing Information associated with this history.

### ● Additional Information

Sentencing - Where an individual is sentenced June 1, 1981 or later on more than one charge within a docket, the sentence may be considered to be concurrent unless identified as consecutive.

**Caution: Identification not based on fingerprint comparison. This record was produced as the result of an inquiry.**

**Multi-Source** - Subject has information maintained by other states or in multiple NYS files maintained by the FBI available through the Interstate Identification Index. Refer to FBI Number ███████

## Federal NCIC, III and/or FBI Response

The outstanding response(s) indicated below will be forwarded to your in-box upon receipt by DCJS. If you do not receive one or more of the indicated responses, please contact that state or agency directly.

**III Record Request**

### ● NCIC Information

The following information is provided in response to your request for a search of the NCIC - Person Files based on:

| | |
|---|---|
| **Name:** | **MARTE, GOVANNY** |
| **Sex:** | **Male** |
| **Race:** | **White** |
| **Date of Birth:** | ███████ |
| **FBI number:** | ███████ |

```
NY030017A

NO NCIC WANT FBI/███████
NO NCIC WANT NAM/MARTE,GOVANNY DOB/███████ RAC/W SEX/M
***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
```

### ● NCIC Protection Order

The following information is provided in response to your request for a search of the NCIC - Protection Order File based on:

| | |
|---|---|
| **Name:** | **MARTE, GOVANNY** |
| **Sex:** | **Male** |
| **Race:** | **White** |
| **Date of Birth:** | ███████ |
| **FBI number:** | ███████ |

```
NY030017A

NO NCIC PROTECTION ORDER FILE RECORD FBI/███████
NO NCIC PROTECTION ORDER FILE RECORD NAM/MARTE,GOVANNY DOB/███████ RAC/W
SEX/M
```

**WARNING:** Release of any of the information presented in this computerized Case History to unauthorized individuals or agencies is prohibited by federal law TITLE 42 USC 3789g(b).
This report is to be used for this one specific purpose as described in the Use and Dissemination Agreement your agency has on file with DCJS. **Destroy after use and request an updated rap sheet for subsequent needs.** All information presented herein is as complete as the data furnished to DCJS.

## Additional Inquiry Response
### ORI: NY030017A
### US Attorney Southern District

New York State Division of Criminal Justice Services
Alfred E. Smith Building, 80 South Swan St.
Albany, New York 12210. Tel:1-800-262-DCJS
Michael C. Green, Executive Deputy Commissioner of the NYS Division of Criminal Justice Services

## ● FBI Information

The following information is provided in response to your request for a search of the FBI based on:

**FBI number:**               ███████
**Purpose Code:**             C

```
ATN/SMYTHS
*********************   CRIMINAL HISTORY RECORD   *********************

**************************   Introduction   **************************

This rap sheet was produced in response to the following request:

FBI Number              ███████
Request Id
Purpose Code            C
Attention               SMYTHS

The information in this rap sheet is subject to the following caveats:

This record is based only on the FBI number in your request-UCN:
███████   Because additions or deletions may be made at any time, a new
copy should be requested when needed for subsequent use. (US;
2016-06-21)
All arrest entries contained in this FBI record are based on
fingerprint comparisons and pertain to the same individual. (US;
2016-06-21)
The use of this record is regulated by law. It is provided for official
use only and may be used only for the purpose requested. (US;
2016-06-21)

**************************   IDENTIFICATION   **************************

Subject Name(s)

MARTE, GIOVANNY S
MARTE, GIO (AKA)
MARTE, GIOVANNYSADIEL (AKA)
MARTE, GOVANNY (AKA)

Subject Description

FBI Number              State Id Number
███████                 ███████  (NY)


Sex                     Race
Male                    White

Height                  Weight              Date of Birth
5'10"                   175                 ███████

Hair Color              Eye Color           Fingerprint Pattern
```

https://www.ejustice.ny.gov/wps/myportal/!ut/p/a1/lY1db4IwFEB_iw97bW9BoTxCMhBjwAEuwoupW...   6/21/2016

```
Black                   Brown                   RSWURSWURSLSLSLSLSLS (Other)




Place of Birth          Citizenship
United States           United States

Fingerprint Images
(No Fingerprint Image Transmitted
Comment:)
(No Fingerprint Image Transmitted
Comment:)
(No Fingerprint Image Transmitted
Comment:)

Photo Images
(No Photo Image Transmitted  )
(No Photo Image Transmitted  )
(No Photo Image Transmitted  )
(No Photo Image Transmitted  )
(No Photo Image Transmitted  )


************************ CRIMINAL HISTORY ************************

================================ Cycle 001 ================================
Earliest Event Date     2016-05-23
--------------------------------------------------------------------------
Arrest Date             2016-05-23
Arrest Case Number      NY-3502105
Arresting Agency        NYFBINR00 FBI-WHITE PLAINS
Subject's Name          MARTE,GIOVANNY SADIEL
Charge                  1
        Charge Literal  1211 - ROBBERY - BANKING-TYPE INST
              Severity  Unknown
Charge                  2
        Charge Literal  5213 - FIRING WEAPON
              Severity  Unknown
--------------------------------------------------------------------------
Court Disposition       (Cycle 001)
Court Case Number
Court Agency
Charge                  1
        Charge Literal  18 USC 2113 - BANK ROBBERY
              Severity
           Disposition  ( ;  NA)
Charge                  2
        Charge Literal  18 USC 924C - DISCHARGE FIREARM
              Severity
           Disposition  ( ;  NA)
================================ Cycle 002 ================================
Earliest Event Date     2016-05-23
--------------------------------------------------------------------------
Arrest Date             2016-05-23
Arrest Case Number
Arresting Agency        NYFBINY00 FBI
Subject's Name          MARTE,GIOVANNY SADIEL
Charge                  1
        Charge Literal  1211-ROBBERY - BANKING-TYPE INST
              Severity  Unknown
Charge                  2
        Charge Literal  5299-WEAPON OFFENSE
              Severity  Unknown
************************ INDEX OF AGENCIES ************************
```

```
Agency                    FBI-WHITE PLAINS; NYFBINR00;
Agency Email Address
Agency Email Address
Address

                          WHITE PLAINS, NY 10605
-----------------------------------------------------------------------
Agency                    FBI; NYFBINY00;
Agency Email Address
Agency Email Address
Address
                          23RD FLOOR
                          NEW YORK, NY 102780004

* * * END OF RECORD * * *
```

| US Department of Justice | Personal History of Defendant |
|---|---|
| US Marshals Service- Southern District of New York | Form USM-312 |

| Taken into Federal custody by the following: | Street Arrest (including arrest from LE office or court system) ☒ |
| | Safekeeper: MCC ☐  MDC ☐  Provide number to right   Register #:_____ |
| | Obtained from a correctional/ detention facility: ☐ Provide writ, discharge papers, prisoner receipt, medical summary |
| | Writ/ federal writ used: N ☐ Y ☐ Provide writ     Prior federal arrest: N ☐ Y ☐ Provide number above |

| Last Name | MARTE | First Name | GIOVANNY | Middle Name | SADIEL |
|---|---|---|---|---|---|
| Sex | M ☒ F ☐  Transgender ☐ | Race | W-White/ White Hispanic ☒  B-Black/ Black Hispanic ☐  A-Asian/ Pacific Islander ☐  I-American Indian/ Alaskan ☐  U-Unknown ☐ |
| Hair | BLACK | Eyes | BROWN | Height | 5'9" | Weight | 175 | Date of birth | ▇▇▇ |
| City of birth | NY | State/ Country of birth | NY | Citizenship | USA |
| FBI | ▇▇▇ | State ID # | ▇▇▇ | Alien # | | SSN | ▇▇▇ |
| Resident address City, ST, Zip code | ▇▇▇ |
| Home phone | | Cell phone | 917-780-6004 | Marital status | SINGLE |
| Agency | FBI | Place/ facility of arrest | ▇▇▇ | Arrest date | 05/24/16 | Arrest time | 0600 |
| NCIC code | | Charge description | BANK ROBBERY | Title & code | 18 USC 2113 |
| NCIC code | | Charge description | DISCHARGE FIREARM | Title & code | 18 USC 924c |
| AUSA(s) assigned | ZOLKIND | Court Docket # | ___ MAG or CR ___ |
| Defendant's counsel | Federal Defenders ☐ (Has defendant seen defender? Y ☐ N ☐)  CJA panel ☐  retained ☐ |
| Known detainers/ warrants | N ☒  Y ☐ and agency: _____ |
| Long term medical conditions | N ☒  Y ☐ and specify: _____ |
| Psychiatric/ emotionally disturbed | N ☒  Y ☐ and specify: _____ |
| Injuries/ medical ailments/ post-op recovery | N ☒  Y ☐ and specify: _____ |
| The above conditions require: | Medical attention? Y ☐ N ☒  Medication? Y ☐ (Is one day's dosage in agent possession? Y ☐ N ☐ ) N ☐ |
| Medical clearance and fit for confinement document from healthcare professional | Y ☐ N ☐ |
| Drug addiction/ alcoholism (extreme) | N ☒  Y ☐ Type _____ Date/ time of last use _____  Special treatment program in use _____ |

Page 1 of 4

| Security Cautions Select any applicable | Current or former military ☐<br>Current or former LE/ corrections ☐<br>Current or former intelligence ☐<br>SAM subject or candidate ☐<br>Assault on LE/ corrections ☐ | | | | Leadership role ☐<br>Separation needs ☐ Describe<br>CI ☐ Describe<br>Threat to witness ☐ Describe<br>Other ☐ Describe | | | Description, continue on Page 4 as necessary | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Alias 1 | Last | | | | First, MI | "Gio" | | Remark | | |
| Date of birth | | | SSN | | | | State Driver's License | | | |
| Alias 2 | Last | | | | First, MI | | | Remark | | |
| Date of birth | | | SSN | | | | State Driver's License | | | |
| Criminal organization name(s) | | | | | | | | Type | | |
| Associate/ co-defendant 1 | | Last | | | | First, MI | | | Register # | |
| Resident address City, ST, Zip code | | | | | | | Phone | | | |
| Associate/ co-defendant 2 | | Last | | | | First, MI | | | Register # | |
| Resident address City, ST, Zip code | | | | | | | Phone | | | |
| Frequented location address, City, ST, Zip code | | | | | | | Phone | | | |
| Remarks | | | | | | | | | | |
| Scar☐ Mark ☐ Tattoo ☐ | | Location | | N/A | | Description | | | | |
| Scar☐ Mark ☐ Tattoo ☐ | | Location | | | | Description | | | | |
| Scar☐ Mark ☐ Tattoo ☐ | | Location | | | | Description | | | | |
| Scar☐ Mark ☐ Tattoo ☐ | | Location | | | | Description | | | | |
| Scar☐ Mark ☐ Tattoo ☐ | | Location | | | | Description | | | | |
| Scar☐ Mark ☐ Tattoo ☐ | | Location | | | | Description | | | | |
| Internet source | E-mail ☐ Website ☐ | | Social network ☐ Blog ☐ | | | Address or Site & User Name | | | | |
| Internet source | E-mail ☐ Website ☐ | | Social network ☐ Blog ☐ | | | Address or Site & User Name | | | | |
| Languages | | English: Yes ☒ No ☐ Limited ☐ | | | | Other Language | No ☐ Yes ☐ describe: | | | |
| Speech characteristics | | Normal ☐ Accent ☐ Slurred ☐ Stutter ☐ Other ☐ describe: | | | | | | | | |

| Military service | Y ☐ N ☐ | Country | | | Branch | | Entry date | | Discharge date | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Rank | | | Discharge type | | | | Military occupation | | |

| Other number | | | Type | | | Issuing State/Country | |
|---|---|---|---|---|---|---|---|
| Other number | | | Type | | | Issuing State/Country | |
| Other number | | | Type | | | Issuing State/Country | |
| Other number | | | Type | | | Issuing State/Country | |

| Occupation | UNEMPLOYED | Company/employer name | |
|---|---|---|---|
| Employment address City, ST, Zip code | | Phone number | |
| Start date | | End date | | | Point of contact | |

| Bank name | | Account type | Check ☐ Saving ☐ | Loan ☐ Credit card ☐ | Account number | |
|---|---|---|---|---|---|---|
| Branch address | | | | | | |
| Bank name | | Account type | Check ☐ Saving ☐ | Loan ☐ Credit card ☐ | Account number | |
| Branch address | | | | | | |

| 1: Relative name (Last, First, MI) | ███ | Relation | GIRLFRIEND | Date of birth | ███ |
|---|---|---|---|---|---|
| Resident address City, ST, Zip code | ███ | Available phone numbers (note type) | ███ | | |
| 2: Relative name (Last, First, MI) | ███ | Relation | MOTHER | Date of birth | ███ |
| Resident address City, ST, Zip code | ███ | Available phone numbers (note type) | ███ | | |
| 3: Relative name (Last, First, MI) | ███ | Relation | SISTER | Date of birth | |
| Resident address City, ST, Zip code | ███ | Available phone numbers (note type) | | | |
| 4: Relative name (Last, First, MI) | ███ | Relation | SISTER | Date of birth | ███ |
| Resident address City, ST, Zip code | ███ | Available phone numbers (note type) | | | |
| 5: Relative name (Last, First, MI) | ███ | Relation | BROTHER | Date of birth | ███ |
| Resident address City, ST, Zip code | ███ | Available phone numbers (note type) | | | |
| Specialized skill/knowledge | | Source & remarks | | | |

| Vehicle year | | Make | | Model | | Color(s) | |
|---|---|---|---|---|---|---|---|
| Vehicle style | | State and plate # | | | | Registration date | |
| VIN | | | | | | | |

| Vehicle year | | Make | | Model | | Color(s) | |
|---|---|---|---|---|---|---|---|
| Vehicle style | | State and plate # | | | | Registration date | |
| VIN | | | | | | | |

| Prior Arrest | Federal ☐ State ☒ | Agency | NYPD | Date | 1/19/15 | Charge | AUO 3rd | Rap sheet attached ☐ |
|---|---|---|---|---|---|---|---|---|
| Prior Arrest | Federal ☐ State ☒ | Agency | NYPD | Date | 4/22/09 | Charge | CSCS 3rd | Rap sheet attached ☐ |
| Prior Arrest | Federal ☐ State ☐ | Agency | NYPD | Date | 3/30/08 | Charge | CPW 4th | Rap sheet attached ☐ |

Additional Information/ Remarks/ Continuation

**NOTICE TO ARRESTING AGENTS:** The USMS provides the COURTESY of holding and producing the arrestee prior to their Magistrate Court appearance. The arrestee is not a USMS prisoner until the US Magistrate Judge REMANDS them to USMS custody. The arresting agent is the responsible party and **must be available at all times** to respond to all matters concerning their arrestee. Meals are not provided to new arrestees and are the responsibility of the arresting agent to provide.

**ARRESTEE PROCESSING CHECKLIST**- For arresting agent and USMS personnel use

| | |
|---|---|
| USMS 312, prepared as completely as possible | USM-552 Prisoner Medical Records Release Form |
| Arrestee photo | Medical clearance and fit for confinement document from healthcare professional, if necessary |
| 2 fingerprint cards | |
| BOP 9 | Strip search of arrestee |
| WHCAP/ T or federal writ, if applicable | Removal of property from arrestee |
| Correctional facility discharge papers, if applicable | USM-18 reflecting No or any Property (USMS use only) |
| Correctional facility prisoner receipt, if applicable | Copy of one or any combination of arrest warrant, complaint, or indictment (not necessary on writ) |
| Correctional facility medical summary, if applicable | |

| Prepared by: | Name/ agency | KENNEY/FBI | Cell phone | ▮▮▮ | Date | 5/23/16 |
|---|---|---|---|---|---|---|
| Reviewed by: | Name | | | | Date | |