Hon. Cathy Seibel
United States District Court Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Virginia Blanco 79564-054
33 1/2 Pembroke Rd
Danbury, CT 06811



January 4, 2022

Re: U.S.A v. Blanco
16 Cr. 408 (CS)
28 U.S.C. § 2255

Dear Judge Seibel,

I am to submit my response to the court on or before January 14, 2022.
I am respectfully requesting a one-week extension putting the response date at January 21, 2022.

The reasons I ask for an extension are as follows:

Due to the spike in the COVID-19 virus, the facility has been on lockdown. We do not have access to emails or phone call privileges behind this. Therefore obtaining the proper materiel to reply has been difficult for me. Prior to the lock down my family suffered a traumatic loss. The untimely demise of my cousin Justin Moncada on Saturday December 18, 2021.

Please respond back to me at your convenience.

Respectfully Submitted,

VB
Virginia Blanco