Hon. Cathy Seibel
United States District Court Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Virginia Blanco 79564-054
FDC Philadelphia
Federal Detention Center
PO. Box 562
Philadelphia, PA 19105

**MEMO ENDORSED**

RECEIVED
JUL 2? 2022
CHAMBERS OF
CATHY SEIBEL
U.S.D.J.

July 15, 2022

Re: U.S.A v. Blanco
16 Cr. 408 (CS) ← 18-cv-826
28 U.S.C. § 2255

RE: STATUS OF MOTION

Dear Judge Seibel,

I am contacting you today regarding the status of my 28 U.S.C 2255 motion that is in front of your court. In addition I am requesting the court to please allow me to re-apply for counsel for the following reasons.

On December 15, 2020, I asked the court to appoint counsel to assist me with submitting a proper 28 U.S.C 2255 motion but was unfortunately denied. However, Honorable Judge Seibel stated the following: "There is no right to counsel for petitioners under 28 U.S.C. 2255 Pennsylvania V. Finley, 481 U.S. 551, 555 (1987). Should Ms.. Blanco pursue a 2255 petition on her own, as most prisoners' do, and should it require a hearing or otherwise be unusually complex, she may re-apply". In addition I would also like to mention that due to the outcome in United States V. Taylor I am asking for assistance with counsel to see if I am eligible for relief. I thank the court in advance and I am looking forward to hear back at your earliest convenience. Thank you.

Respectfully submitted,

VB

Virginia Blanco

At this stage I do not regard the petition as unusually complex, nor have I determined that a hearing is necessary, so the application for counsel is again denied without prejudice to renewal at a later stage.

I do not see how US v. Taylor - which involved attempted robbery - helps Ms. Blanco who was convicted of actual robbery, but if she wishes she may put in a letter on the subject, of no more than 2 pages, by 8/22/22, & the Government may respond by 9/12/22.
The Clerk shall send a copy of this endorsement to Ms. Blanco.

So Ordered.

Cathy Seibel   USDJ
C:

Dated: 7/22/22

Virginia Blanco 79564-054
FDC Philadelphia
Federal Detention center
PO BOX 562
Philadelphia, PA 19105

WESTCHESTER NY 105
18 JUL 2022   PM 5  L

FOREVER / USA



U.S.
SDNY



RECEIVED
JUL 20 2022
CHAMBERS OF
CATHY SEIBEL
U.S.D.J.

10601-415099

Honorable Cathy Seibel
United States District court Judge
United States courthouse
300 Quarropas street
White Plains, New York 10601