16 CR 408 (CS)

11/02/2023

RECEIVED NOV 15 2023 CHAMBERS OF CATHY SEIBEL U.S.D.J.

Honorable Cathy Seibel,

Hello, this is Virginia Blanco. I'm now currently incarcerated at PHL-Federal Detention Center serving a sentence of 120 months. My case number is (7:16-cr-00408-CS). I am reaching out to you in reference to me being a qualifying candidate for the new sentence reduction under the 2023 Amendment 821, Part B, the new § 4C1.1 guideline that provides a decrease of two offense levels for "Zero-point offenders" (No Criminal history points) whose offense did not involve specific aggravating factors. This amendment revises § 5C1.1 to provide guidance regarding the appropriateness of a sentence other than prison for certain first offenders - as directed by 28 U.S.C. § 994(j). Even though the eligibility criteria is finely tailored - excluding offenders from eligibility based upon offense seriousness and aggravating factors. Even though my charges fall under such a serious crime, I would like to duely note that as stated by the goverments theory of my case, it is so said on the record., "that my role isn't particulary sensational, I am

not the one who charged anyone with a gun. I am also not the one who fired any or discharged any firearms in my offense. I feel as though at this time after serving five years, 3 months and 18 days, because of my overall participation as a "armchair conduct," Being that this type of offense is truely not a violent crime in any circumstance, Im asking that I be considered and approved for benefit from this 821 amendment. Thank you so much honorable Judge Seibel.

Virginia Blanco #79564-054
(7:16-cr-00408-CS)

**STEPHENS, BARONI, REILLY & LEWIS, LLP**

Honorable Cathy Seibel
May 15, 2019
Page 7

October day in 2013 have received sentences dramatically different than what awaits this young mother who has no prior arrest record. This Court, at a status conference held on July 3, 2018, discussed the Defendant's role in the bank robbery under the government's theory of the case:

> Her role in the bank robbery isn't particularly sensational. She's not the one who charged him [sic] with the gun. She's not the one who fired off the guns. She had a – I don't want to say a passive role, but a background role in the conspiracy, as you've alleged it . . . . Her contributions were informational. (July 3, 2018 Transcript, p. 15, lines 2-15)

The Court characterized her participation as "armchair conduct." (*Id.* p. 16, line 6). Yet now this young woman, by all accounts of friends and family, a good woman, who never entered the bank, threatened the patrons, fired a gun, will be held accountable with a mandatory minimum incarceration sentence of ten years; a sentence that will rip her from the lives of her children, loved ones, friends and family, a sentence dramatically disproportionate to that given to active participants, a sentence that frankly is grossly and dramatically unfair.

Very truly yours,

Stephen R. Lewis

SRL:dc
Enclosures

cc: AUSA Jamie Bagliebter (via email – Jamie.Bagliebter@usdoj.gov)
    AUSA Samuel Adelsberg (via email – Samuel.Adelsberg@usdoj.gov)

Virginia Blanco #79564-054
FDC Philadelphia
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105

RECEIVED
NOV 15 2023
CHAMBERS OF
CATHY SEIBEL
U.S.D.J.

PHILADELPHIA PA 190
9 NOV 2023 PM 7

Federal Building & United States Courthouse
Honorable Cathy Seibel
300 Quarropas Street
White Plains, NY 10601

10601-415099