TRULINCS 79564054 - BLANCO, VIRGINIA - Unit: HAF-J-B

--------------------------------------------------------------------------------------------------

FROM: Sullivan, Daniel
TO: 79564054
SUBJECT: Fixed
DATE: 11/06/2025 11:36:07 AM

UNITED STATES DISTRICT COURT
Southern District of New York

United States of America
  v.
Virginia Blanco,
Defendant.

Case No.: 16-Cr-408

MOTION FOR MODIFICATION OF RESTITUTION ORDER

To the Honorable Judge Seibel:

I, Virginia Blanco, respectfully move this Court for mercy and reconsideration of the restitution amount that was ordered in my case.

I fully understand the seriousness of my situation. However, upon my release, I will have no financial resources, no savings, and I will be starting over from the beginning while trying to care for my three children. I am a single mother and I will be doing my best to rebuild my life and become a positive example for them.

I respectfully ask the Court to please consider dividing the restitution equally among all five co-defendants in this case. I am not asking to avoid responsibility only for fairness so that each person involved carries their proper share.

The law allows the Court to exercise such discretion. In United States v. Nucci, 364 F.3d 419 (2d Cir. 2004), the Second Circuit recognized that under 18 U.S.C. § 3664(h), a district court may either make each defendant jointly and severally liable for the full amount of restitution or apportion the loss among defendants according to their relative roles. Similarly, in United States v. Yalincak, No. 20-1540 (2d Cir. Mar. 29, 2022), the Court affirmed that a judge may issue a hybrid restitution order, apportioning liability among defendants while still maintaining joint and several responsibility for certain portions as justice requires.

In light of these authorities, I respectfully request that the restitution in my case be equitably divided among all co-defendants, consistent with the discretion granted to the Court under § 3664(h). I truly want to make things right, but the full amount as it stands now will be impossible for me to pay on my own once I am released.

I am pleading for the Court's mercy and understanding in this matter. Any relief or adjustment the Court grants would be deeply appreciated and would give me a fair chance to meet my obligations while taking care of my family.

Thank you, Your Honor, for your time and compassion in considering my request.

Respectfully submitted,

Virginia Blanco #79564-054
FCI Hazelton
Federal Correctional Institution
P.O. Box 5000
Bruceton Mills, WV 26525

*Application denied. I recognize that I have the authority to impose restitution either jointly and severally or by apportionment, but on the facts of this case, which involves a single bank robbery, joint and several liability is appropriate. Moreover, given Defendant Blanco's central role, she should be responsible, jointly and severally, for the full amount. The judgment requires her to pay only $100 per month, which she should be able to manage. The Clerk of Court is respectfully directed to send a copy of this endorsement to Ms. Blanco and to terminate ECF No. 225.*

SO ORDERED.

*Cathy Seibel*   12/22/25
CATHY SEIBEL, U.S.D.J.

Case 7:16-cr-00408-CS    Document 226    Filed 12/22/25    Page 2 of 2

VIRGINIA BIANCO
SFF HAZELTON
P.O. BOX 3000
BRUCETON MILLS, WV, 26525
REG # 79564-054

PITTSBURGH PA 150

19 DEC 2025 PM 8 L







DEC 22 2025

U.S.D.C.
W

UNITED STATES DISTRICT COURT.
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, NY 10601

10601-415099